Form 12 - Travel
D/NV Form
Rev. Mar. 2008

# United States District Court

for

the District of Nevada

## REQUEST FOR TRAVEL OUTSIDE THE CONTIGUOUS UNITED STATES

Name of Offender:   **MARGARITA GARCIA-FRANCO**

Case Number:   **2:11-cr-178-GMN-PAL**

Name of Sentencing Judicial Officer:   Honorable Phillip Martinez

Date of Original Sentence:   July 10, 2008

Original Offense:   Transporting Undocumented Aliens for Financial Gain

Original Sentence:   10 months imprisonment followed by a term of three years supervised release

Date Supervision Commenced:   January 29, 2009

Date Jurisdiction Transferred to District of Nevada:   May 9, 2011

Name of Assigned Judicial Officer:   Gloria M. Navarro

## SUMMARY

Ms. Garcia-Franco has submitted a "HOT" request to travel to Juarez Chihuahua, Mexico to visit her ailing mother, Blasa Franco. Her mother has been battling stomach cancer and was notified that she only has days to live. Her dates of travel are from June 3, 2011, through June 7, 2011. Ms. Garcia-Franco wishes to leave as soon as possible and will be driving her personal vehicle (blue, 2005 Chevy Pickup with Nevada plate No.: ZEERO) to Mexico. Ms. Garcia-Franco will be staying at her mother's residence at 34218 Zaragoza Street, Cd. Juarez Chihuahua, Mexico, telephone No.: 011-5265-63-8990.

Ms. Garcia-Franco is currently in compliance with all conditions of supervision. The probation office respectfully requests that Garcia-Franco be allowed to travel to Mexico on the aforementioned date. She is aware that if the Court does not authorize her travel, she must remain in the United States until she satisfactorily completes her term of supervision. Thank you for you prompt attention.

Respectfully submitted,

SHEREE D. CORNIEL
United States Probation Officer

Form 12 - Travel
D/NV Form
Rev. Mar. 2008

RE: MARGARITA GARCIA-FRANCO

APPROVED: _____
ROBERT G. AQUINO, Supervising
U.S. Probation Officer

## THE COURT ORDERS:

__X__ Requested Travel is Approved

_____ Requested Travel is Denied

_____ Other

_____
Signature of Judicial Officer

June 3, 2011
Date